UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THIRSTYSPROUT LLC,<br>                      Plaintiff,<br><br>    v.<br><br>KEVIN JASPAL,<br>                      Defendant. | CASE NO. 2:22-cv-01752-JHC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

      Plaintiff filed this action on December 13, 2023.  Dkt. # 1.  On March 14, 2023, the Court issued an Order to Show Cause as to why the action should not be dismissed for failure to comply with the service requirements of Federal Rule of Civil Procedure 4.  Dkt. # 5.  Plaintiff did not respond to the Order to Show Cause.

      Accordingly, the Court DISMISSES this case without prejudice.

      Dated this 3rd day of April, 2023.

                                                        John H. Chun
                                                    United States District Judge